IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PAUL E. AMADI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:17-cv-00366 |
| | ) | |
| DANIELLE W. BARNES, | ) | JUDGE CAMPBELL |
| COMMISSIONER OF TENNESSEE | ) | MAGISTRATE JUDGE |
| DEPARTMENT OF HUMAN | ) | NEWBERN |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendant Danielle Barnes's Motion to Dismiss, (*see* Doc. No. 8), which was filed on March 29, 2018. (Doc. No. 14). In the Report and Recommendation, the Magistrate Judge finds Defendant Barnes is not a proper party to this action, and recommends that her motion to dismiss be granted and this action be dismissed without prejudice so that Plaintiff may file an amended complaint adding the proper defendant(s). Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant Barnes's motion to dismiss is **GRANTED** and this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE